UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 13-593 |
| Plaintiff, ) | (SDCA No. MJ 13-3784) |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| CHRISTINA RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

<u>Offense charged</u>:     Sex Trafficking of a Minor

<u>Date of Detention Hearing</u>:    December 5, 2013.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant is charged by Complaint with Sex Trafficking of a Minor in the

DETENTION ORDER
PAGE -1

Southern District of California, Case No. MJ13-2784.  Defendant has waived an identity hearing and requests transfer to the charging District.  She does not contest detention at this time, but will request a detention hearing when counsel is appointed in the charging District.

2. Defendant was not interviewed by Pretrial Services.  Her background information is unknown or unverified.   Her past criminal record includes failures to appear and bench warrant activity. A limited extradition warrant is outstanding from King County, Washington for Attempting to Elude a Police Vehicle.

3. Defendant poses a risk of nonappearance due to unverified background information and warrant activity.  She poses a risk of danger due to the nature of the instant offense.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>5th</u> day of December, 2013.

*[signature]*

Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3